**MEMO ENDORSED**



Kaiser Saurborn & Mair, P.C.
30 Broad Street, 37th Floor
New York, New York 10004
www.ksmlaw.com

William H. Kaiser
+1.212.338.9100 x307
+1.646.607.9372 fax
kaiserw@ksmlaw.com

June 7, 2024

<u>VIA ECF</u>
The Honorable Dale E. Ho
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    Geoffrey R. Kaiser v. USAA Life Insurance Company, *et al*
              <u>No.: 24-cv-03409(DEH)</u>

Dear Judge Ho:

    We represent the plaintiffs in the above-referenced matter and write to the Court on behalf of counsel for all parties to respectfully request a short adjournment of the Preliminary Conference.

    The Court's Order scheduling the Preliminary Conference requires the parties to confer and to file a case management plan and scheduling order by June 12. As Defendant's Counsel has not yet formally appeared and Defendant's Answer is not due until July 15, it might be more useful to have the conference rescheduled to a date subsequent to July 15. Plaintiffs' counsel's only request is that it be a day other than July 22, when we are scheduled to participate in an all day mediation on another matter in New Jersey.

    We thank the Court for its attention and consideration of this request.

                                      Respectfully submitted,

                                      William H. Kaiser

Application GRANTED. The joint letter shall be due by **July 17, 2024**. The initial pretrial conference is ADJOURNED to **July 25, 2024, at 12:00 p.m. (E.T.)**. The dial-in information remains the same; accordingly, the parties shall dial 646-453-4442, enter the meeting code 694174081, and press pound (#). SO ORDERED.

                                      Dale E. Ho
                                United States District Judge
                                New York, New York
                                Date: June 10, 2024