UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEOFFREY R. KAISER,<br><br>                    Plaintiff,<br><br>        v.<br><br>USAA LIFE INS. CO., et al..,<br><br>                    Defendants. | |

24 Civ. 3409 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

On **July 17, 2024,** the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **July 25, 2024,** at **12:00 p.m. EST**.  No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.**  If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar.  The case management plan and scheduling order will issue separately.

SO ORDERED.

Dated: July 19, 2024
       New York, New York

_____
            DALE E. HO
        United States District Judge