UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEOFFREY R. KAISER,

                          Plaintiff,

          v.

USAA LIFE INS. CO. et al.,

                          Defendants.

24-CV-3409 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

On July 19, 2024, the Court ordered the parties' proposed case management plan and scheduling order.  *See* ECF No. 33.  In addition to the deadlines set forth by that order, the parties' post-discovery conference shall take place on **June 26, 2025, at 10:30 a.m. (E.T.)**.  The parties shall dial 646-453-4442, enter the meeting code 363170177, and press pound (#).  The parties' post-discovery conference letter shall be due by **June 18, 2025**.  The letter shall comply with the Court's instructions at ECF No. 33.

Additionally, the parties are advised that they may at any time request a referral to the Magistrate Judge to facilitate settlement discussions.

SO ORDERED.

Dated:  July 22, 2024
        New York, New York

_____
DALE E. HO
United States District Judge