KAISER
SAURBORN
&
MAIR

Kaiser Saurborn & Mair, P.C.
30 Broad Street, 37th Floor
New York, New York 10004
www.ksmlaw.com

Daniel J. Kaiser
+1.212.338.9100 x317
+1.646.607.9371 fax
kaiser@ksmlaw.com

July 16, 2026

**VIA ECF**
The Honorable Dale E. Ho
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Geoffrey R. Kaiser v. USAA Life Insurance Company, *et al*
No.: 24-cv-03409(DEH)

Dear Judge Ho:

I represent the plaintiff in the above referenced matter. I write to respectfully request an extension of the deadline to submit a class certification motion. Defendants consent to this request.

The parties are in the midst of exchanging discovery much of which is directed to the class certification issue. Yesterday, the court so ordered the confidentiality stipulation which will permit exchange of written discovery. Plaintiff suspects discovery disputes will arise that require the court's attention to resolve.

Separately, plaintiff's motion to amend his pleadings remains pending before the court.

Plaintiff respectfully requests and extension until October 5, 2026 for the submission of his class certification motion, opposition to be due on November 6, 2026 and reply to be due on November 20, 2026.

Thank you for your attention to this matter.

**Application GRANTED. The deadlines herein are ADOPTED. The Clerk of Court is respectfully directed to terminate ECF No. 74.**

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: July 16, 2026
New York, New York

Respectfully submitted.

Daniel J. Kaiser

cc: Hutson Smelley, Esq. (By ECF)